| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978<br><br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Suhrheinrich, Richard F | 2. Court or Organization<br><br>Sixth Circuit Court of Appeals | 3. Date of Report<br><br>03/16/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge (Senior) | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period<br><br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Room 241<br><br>315 W. Allegan<br><br>Lansing, Michigan 48933 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member Board of Attorney Grievance Commission | State Bar of Michigan |
| 2. Member Board of Trustees | Brighton Hospital (non-profit) |
| 3. Faculty Member | Thomas M. Cooley Law School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2006 MAR 24 A 11: 18 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ *NONE* - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | Thomas M. Cooley Law School -teaching | $90,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ *NONE* - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ *NONE* - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Michigan Attorney Grievance Committee | Mileage for travel to and from meetings |
| 2. | Thomas M. Cooley Law School | August 4-6, 2005 ABA Convention (Transportation, Hotel and Food) |

## V. GIFTS (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Matt Mathews (intern) | Decorative Antique Putter | $200 (Est.) |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F | 03/16/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Savings Account- Bank One | A | Interest | J | T | | | | | |
| 2. Indv. Retirement Acct. - Bank One, CD | A | Interest | J | T | | | | | |
| 3. 1. Fid. Growth Mutual - IRA | A | Div/reinves | J | T | | | | | |
| 4. 2. Fed. Cap. Income F | A | Div/reinves | J | T | | | | | |
| 5. Escanaba MI Public School -municipal bond | B | Interest | K | T | | | | | |
| 6. Roscommon County, MI - municipal bond | B | Interest | K | T | | | | | |
| 7. Kalamazoo Pub. Lib - municipal bond | B | Interest | K | T | | | | | |
| 8. Hazel Park, Michigan - municipal bond | B | Interest | K | T | | | | | |
| 9. Merrill Lynch Priority Client Account | A | Interest | J | T | | | | | |
| 10. Vanguard (IRA): Wellesly Income Fund | A | Interest | M | T | reinvest/int | 11/19 | J | | (T) Market |
| 11. Goodrich Petro - stock | | None | J | T | | | | | |
| 12. Huron Valley Michigan School District -municipal bond | A | Interest | J | T | | | | | (T) Market |
| 13. Detroit Michigan School District municipal bond | A | Interest | J | T | | | | | (T) Market |
| 14. Fifth Third Bank Account | A | Interest | J | T | deposit | var. | J | | (T) Market |
| 15. Mason State Bank Account | A | Interest | J | T | deposit | var. | J | | (T) Market |
| 16. Cinergy Common Stock | A | Dividend | J | T | Div/reinves | var. | J | | (T) Market |
| 17. Birmingham Michigan School District - municipal bond | A | Interest | K | T | | | | | |
| 18. West Bloomfield Michigan School District - municipal bond | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

ee Section VIII for explanation.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Ameren Corp. Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 20. Bank of America Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 21. General Electric Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 22. Johnson & Johnson Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 23. Procter Gamble Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 24. Cooley Law School TSA/Vanguard Index Fund | A | Dividend | | | transfer | 8/22 | K | B | (T) Market |
| 25. Cooley Law School TSA/Vanguard Wellesley Fund | A | Div/reinvest | J | T | buy | var. | J | | (T) Market |
| 26. Cooley Law School TSA/Vanguard Select Value Fund | B | Div/reinvest | K | T | buy | var. | J | | (T) Market |
| 27. " " | | | | | buy | monthly contrib. | J | | (T) Market |
| 28. Microsoft Corp | A | Dividend | J | T | buy | 6/14 | J | | (T) Market |
| 29. PUT CMA | A | option income | | | sold | 5/27 | J | A | (T) Market |
| 30. " " | | | | | expire | 1/21/06 | J | A | (T) Market |

See Section VIII for explanation.

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 HI = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000.000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000.000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Suhrheinrich, Richard F | 03/16/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Section VII, Line 13 was inadvertently duplicated on the 2004 disclosure. There should only have been one Detroit Michigan School District municipal bond.

Section VII, Line 24 - Cooley Law School TSA/Vanguard Index Fund was transferred to two other Vanguard Funds. (1) Wellesely income Fund; and (2) Vanguard Selected Value Fund. I continue to contribute from teaching income to the Select Value Fund. Both Funds (Select Value and Wellesley) earn dividends, which buy additional shares for each Fund. This was true of the Index Fund until it was transferred on 8-21-05. Lines 26 and 27 show dividend reinvestment and monthly contributions of Vanguard Selected Value Fund.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Suhrheinrich, Richard F | 03/16/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date_____ 3/16/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544